B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

IN RE:  
Suites, Michael Martin & Suites, Fe B  
_____  
Debtor(s)

Case No. _____  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Mt. River Credit Union | **Describe Property Securing Debt:** 2003 Mitsubishi Montero |

Property will be *(check one)*:  
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☐ Reaffirm the debt  
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:  
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** Polaris Credit | **Describe Property Securing Debt:** 2007 Suzuki GSXR1000 motorcycle |

Property will be *(check one)*:  
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:  
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

_1_ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **December 9, 2014**

_____  
Signature of Debtor

_____  
Signature of Joint Debtor